IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Denson, Tony N

Printed: 01/29/09

Case Number: 06 B 01626
Judge: Squires, John H
Filed: 2/22/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: October 22, 2008
Confirmed: April 12, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 7,277.76 |  |
| Secured: |  | 313.60 |
| Unsecured: |  | 3,523.38 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,999.00 |
| Trustee Fee: |  | 388.25 |
| Other Funds: |  | 53.53 |
| Totals: | 7,277.76 | 7,277.76 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,999.00 | 2,999.00 |
| 2. | Aronson Furniture Company | Secured | 313.60 | 313.60 |
| 3. | Asset Acceptance | Unsecured | 61.10 | 236.10 |
| 4. | MCSI | Unsecured | 25.00 | 88.61 |
| 5. | Illinois Dept Of Employment Sec | Unsecured | 385.62 | 1,572.40 |
| 6. | Aronson Furniture Company | Unsecured | 136.68 | 557.32 |
| 7. | RJM Acquisitions LLC | Unsecured | 10.53 | 32.60 |
| 8. | PRA III LLC | Unsecured | 117.54 | 479.26 |
| 9. | Tribute | Unsecured | 24.88 | 88.17 |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | 115.00 | 468.92 |
| 11. | First Select Corporation | Unsecured |  | No Claim Filed |
| 12. | AT&T | Unsecured |  | No Claim Filed |
| 13. | Emergency Room Care Providers | Unsecured |  | No Claim Filed |
| 14. | Evergreen Medical Specialist | Unsecured |  | No Claim Filed |
| 15. | Midland Credit Management | Unsecured |  | No Claim Filed |
| 16. | Evergreen Medical Specialist | Unsecured |  | No Claim Filed |
| 17. | First Consumers National Bank | Unsecured |  | No Claim Filed |
| 18. | Holy Cross Hospital | Unsecured |  | No Claim Filed |
| 19. | Spiegel | Unsecured |  | No Claim Filed |
| 20. | TCF Bank | Unsecured |  | No Claim Filed |
| 21. | Bp Oil/Citibank | Unsecured |  | No Claim Filed |
| 22. | Village of Oak Lawn | Unsecured |  | No Claim Filed |
| 23. | SBC | Unsecured |  | No Claim Filed |
|  |  |  | $ 4,188.95 | $ 6,835.98 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Denson, Tony N | Case Number: 06 B 01626 |
|---|---|
| | Judge: Squires, John H |
| Printed: 01/29/09 | Filed: 2/22/06 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 69.30 |
| 5% | 36.99 |
| 4.8% | 65.16 |
| 5.4% | 170.38 |
| 6.5% | 35.05 |
| 6.6% | 11.37 |
| | $ 388.25 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

